# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUPUY SYNTHES SALES, INC.<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>RYAN EDWARDS,<br><br>　　　　Defendant. | 2:14-cv-102-WY |

## ORDER

**AND NOW**, this 15th day of May, 2014, it is **HEREBY ORDERED** that, upon consideration of the defendant's motion to dismiss pursuant to Rule 12(b)(2), Rule 12(b)(3), Rule 12(b)(6), or, in the alternative to transfer or stay the action (Doc. 15), the plaintiff's response, and the defendant's reply, the defendant's motion is **DENIED.**

　　　　　　　　　　　　　　　　　　　　　　s/ William H. Yohn Jr.
　　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge.